No. 79–6570. HOLTAN *v.* NEBRASKA. Sup. Ct. Neb.;

No. 79–6580. HOUSTON *v.* TENNESSEE. Sup. Ct. Tenn.;

No. 79–6585. STEVENS *v.* GEORGIA. Sup. Ct. Ga.;

No. 79–6619. ALDRIDGE *v.* FLORIDA. Sup. Ct. Fla.;

No. 79–6636. FITZPATRICK *v.* MONTANA. Sup. Ct. Mont.;

No. 79–6706. CAMPBELL *v.* ZANT, WARDEN. Sup. Ct. Ga.;

No. 79–6752. EVANS *v.* ARIZONA. Sup. Ct. Ariz.;

No. 79–6798. FITZPATRICK *v.* SENTENCE REVIEW DIVISION OF SUPREME COURT OF MONTANA. Sup. Ct. Mont.;

No. 79–6809. TUCKER *v.* GEORGIA. Sup. Ct. Ga.;

No. 79–6826. PREJEAN *v.* LOUISIANA. Sup. Ct. La.;

No. 79–6830. McCLESKY *v.* GEORGIA. Sup. Ct. Ga.;

No. 79–6876. PIERRE *v.* MORRIS, WARDEN. Sup. Ct. Utah;

No. 79–6887. ANDREWS *v.* MORRIS, WARDEN. Sup. Ct. Utah;

No. 80–5042. ENGLISH *v.* TEXAS. Ct. Crim. App. Tex.;

No. 80–5080. PRESNELL *v.* ZANT, WARDEN. Super. Ct. Ga., Butts County; and

No. 80–5113. WILLIAMS *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. Reported below: No. 79–6570, 205 Neb. 314, 287 N. W. 2d 671; No. 79–6580, 593 S. W. 2d 267; No. 79–6585, 245 Ga. 583, 266 S. E. 2d 194; No. 79–6636, —— Mont. ——, 606 P. 2d 1343; No. 79–6706, 245 Ga. 368, 265 S. E. 2d 22; No. 79–6752, 120 Ariz. 158, 584 P. 2d 1149, and

124 Ariz. 526, 606 P. 2d 16; No. 79–6809, 245 Ga. 68, 263 S. E. 2d 109; No. 79–6826, 379 So. 2d 240; No. 79–6830, 245 Ga. 108, 263 S. E. 2d 146; No. 79–6876, 607 P. 2d 812; No. 79–6887, 607 P. 2d 816; No. 80–5042, 592 S. W. 2d 949; No. 80–5113, 205 Neb. 56, 287 N. W. 2d 18.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.